IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SILAS, K83618, ) | |
|      Petitioner(s), ) | No. C 12-2020 CRB (PR) |
| vs. ) | ORDER OF DISMISSAL |
| SAN QUENTIN STATE PRISON, ) | (Docket # 4) |
|      Respondent(s). ) | |

     Petitioner, a prisoner at San Quentin State Prison, has filed a pro se petition for a writ of habeas corpus alleging inadequate medical care. He also seeks leave to proceed in forma pauperis under 28 U.S.C. § 1915.

     Based solely on his affidavit of poverty, petitioner's request to proceed in forma pauperis (docket # 4) is GRANTED. But the petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights complaint under 42 U.S.C. § 1983.

     Although the Supreme Court has not addressed whether a challenge to a condition of confinement may be brought under habeas, see Bell v. Wolfish, 441 U.S. 520, 526 n.6 (1979), the Ninth Circuit has held that habeas jurisdiction is absent, and a § 1983 action proper, where, as here, a successful challenge to a prison condition will not necessarily shorten the prisoner's sentence. Ramirez v.

|    |    |
|---|---|
| 1  | Galaza, 334 F.3d 850, 859 (9th Cir. 2003). In addition, the preferred practice in |
| 2  | the Ninth Circuit has been that challenges to conditions of confinement be |
| 3  | brought in a civil rights complaint. See Badea v. Cox, 931 F.2d 573, 574 (9th |
| 4  | Cir. 1991) (civil rights action is proper method of challenging conditions of |
| 5  | confinement); Crawford v. Bell, 599 F.2d 890, 891-92 & n.1 (9th Cir. 1979) |
| 6  | (affirming dismissal of habeas petition on basis that challenges to terms and |
| 7  | conditions of confinement must be brought in civil rights complaint). |
| 8  |      The clerk shall send petitioner a prisoner civil rights complaint form, enter |
| 9  | judgment in accordance with this order, terminate all pending motions as moot, |
| 10 | and close the file. |
| 11 | SO ORDERED. |
| 12 | DATED:  June 1, 2012 |
| 13 | CHARLES R. BREYER<br>United States District Judge |

G:\PRO-SE\CRB\HC.12\Silas, C.12-2020.dismissal.wpd